**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lametris Deshun WILLIAMS,**
**Defendant–Appellant.**

**No. 08–14918**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 22, 2009.

Lametris Deshun Williams, Yazoo City, MS, pro se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Arthur J. Madden III, appointed counsel for Lametris Deshun Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**